### 15682.   BEARDEN *v.* THE STATE.

LUKE, J. The conviction not being wholly dependent upon circumstantial evidence, an assignment of error upon the ground that, without request, the court failed to charge the law of circumstantial evidence is without merit.

The evidence amply authorized the conviction, and the verdict has the approval of the trial judge. For none of the reasons assigned was it error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Indictment for larceny of cotton; from Whitfield superior court —Judge Tarver. May 17, 1924.

*George G. Glenn, John C. Mitchell,* for plaintiff in error.

*Joseph M. Lang, solicitor-general,* contra.

---

### 15684.   SMITH *v.* MUSCOGEE BANK.

BLOODWORTH, J. Under the particular facts of this case, the trial judge did not err in refusing to open the default and vacate the judgment.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 7, 1924.

Complaint; from city court of Albany—Judge Clayton Jones. April 15, 1924.

*W. H. Beckham, R. J. Bacon,* for plaintiff in error.

*Lippitt & Burt,* contra.